| | |
|---|---|
| JENNIFER D. BENNETT (Bar No. 235196)<br>DENTONS US LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, California  94304-1125<br>Telephone:     (650) 798-0325<br>Facsimile:      (650) 798-0310<br>E-mail:jennifer.bennett@dentons.com<br><br>MARK C. NELSON (pro hac vice)<br>DENTONS US LLP<br>2000 McKinney, Suite 1900<br>Dallas, Texas 75201<br>Telephone:     (214) 259-0900<br>Facsimile:      (214) 259-0910<br>E-mail: mark.nelson@dentons.com<br><br>*Attorneys for Defendant*<br>*ACE Hardware Corp.* | Steven T. Lowe, Esq. SBN 122208<br>steven@lowelaw.com<br>Kris LeFan, Esq., SBN 278611<br>kris@lowelaw.com<br>LOWE & ASSOCIATES, P.C.<br>11400 Olympic Blvd., Suite 640<br>Los Angeles, CA 90064<br>Telephone: (310) 477-5811<br>Facsimile: (310) 477-7672<br><br>Hao Ni *(pro hac vice)*<br>hni@nilawfirm.com<br>NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, Texas 75231<br>Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>*Attorneys for Plaintiff*<br>*Bluestone Innovations LLC* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE HARDWARE CORPORATION,<br><br>Defendant. | Case No. 3:15-CV-05486-SI<br><br>**JOINT MOTION TO STAY ALL DEADLINES UNTIL JUNE 6, 2016** |

**JOINT MOTION TO STAY ALL DEADLINES UNTIL JUNE 6, 2016**

Plaintiff Bluestone Innovations LLC ("Bluestone") and Defendant Ace Hardware Corporation ("Ace"), by and through their respective attorneys, file this Joint Motion to Stay All Deadlines through June 6, 2016.

The Court recently granted the parties Joint Motion to Stay All Deadlines, Except the CMC Deadline, Until May 20, 2016 (D.I. 39). At that time, the parties had reached agreement in principle, but still had certain details to finalize. The parties have now reached agreement in full, but, despite diligent efforts, have not yet executed the agreement or completed other obligations

1. called for in the agreement as precursors to dismissal of the case. Ace's answer or other response
2. is due on May 20, 2016. The parties will require additional days to execute the agreement and
3. fulfill other obligations recited therein and, therefore, jointly request that the Court stay all
4. pending deadlines until June 6, 2016.

    For the foregoing reasons, the parties jointly move to stay all deadlines until and through June 6, 2016. The requested stay is not intended as a means of delay but, instead, for conserving the Court's and the parties' time and respective resources.

Dated: May 20, 2016

DENTONS US LLP

By: */s/ Mark C. Nelson*
Mark C. Nelson

Attorney for Defendant
ACE HARDWARE CORPORATION

NI, WANG & MASSAND, PLLC

By: */s/ Hao Ni*
HAO NI

Attorney for Plaintiff
BLUESTONE INNOVATIONS LLC

## CERTIFICATE OF SERVICE

I, Nell Butler, hereby declare:

I am employed in the City and County of Dallas, Texas in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Dentons US LLP, 2000 McKinney Avenue, Suite 1900, Dallas, Texas, 75201.

On May 20, 2016, I caused the following documents, described as:

**JOINT MOTION TO STAY ALL DEADLINES UNTIL JUNE 6, 2016**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website.

I declare under penalty of perjury that the above is true and correct. Executed on May 20, 2016, in Dallas, Texas.

                                                  */s/ Nell Butler*
                                                    Nell Butler

96759965