Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**ACE HARDWARE CORPORATION,**<br><br>　　　　　Defendant. | Case No. 3:15-cv-05486-SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bluestone Innovations LLC pursuant to Fed. R. Civ. P. 41(a), hereby moves for a dismissal with prejudice all of its claims against Defendant Ace Hardware Corporation. Prior to the filing of this motion, Defendant Ace Hardware Corporation has yet to file an answer or motion for summary judgment. Each party to bear its own fees and costs.

Dated:  March 17, 2016

NI, WANG & MASSAND, PLLC

By: */s/ Hao Ni*
HAO NI

Attorney for Plaintiff
BLUESTONE INNOVATIONS LLC

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on March 17, 2016, with a copy of this document via the Court's CM/ECF system.

*/s/ Hao Ni*
HAO NI

## ORDER OF DISMISSAL

Plaintiff Bluestone Innovations LLC's filed of a Notice of Voluntary Dismissal before an answer or motion for summary judgment had been filed by Defendant Ace Hardware Corporation.

The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims of infringement that Plaintiff has raised against Defendant Ace Hardware Corporation are dismissed WITH prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this \_\_\_\_\_ day of June, 2016.

_____
United States District Court Judge